IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ASSOCIATES LLC, an Oregon limited liability company, and MJW/RAC, LP, an Oregon limited partnership,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>EDWARD MACKAY, a California resident, and DORIAN MACKAY, a California resident,<br><br>　　　　Respondents.<br>_____ | No. C 09-4184 CW |
| EDWARD AND DORIAN MACKAY, as special limited partners of Hollister Investment Group I, a California limited partnership.<br><br>　　　　Petitioners,<br><br>　　v.<br><br>SHANNON ASSOCIATES, LLC, an Oregon limited liability company, and MJW/RAC, LP, an Oregon limited partnership.<br>_____/ | No. C 09-4736 CW<br><br>ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE |

　　The action numbers listed above are related cases within the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a), the Court, on its own motion, hereby consolidates these cases into

1  Civil Action No. C-09-4184 CW for all further proceedings before
2  this Court.  C-09-4736 CW will be administratively closed, subject
3  to later re-opening if necessary for any reason.
4       Respondents Edward Mackay and Dorian Mackay have filed a
5  motion to dismiss petition to confirm arbitration award and a
6  motion to remand or for abstention which are noticed for hearing on
7  December 3, 2009.  Petitioners Shannon Associates, LLC, and
8  MJW/RAC, LP, shall file an opposition to both motions contained
9  within a single brief by November 12, 2009.  Respondents' reply to
10 the opposition (contained within a single brief) will be due
11 November 19, 2009.
12      IT IS SO ORDERED.
13 Dated:  10/27/09
                                  _____
14                                CLAUDIA WILKEN
                                  United States District Judge